[No. 7775.  Department One.  July 10, 1909.]

C. G. STIMSON, *Respondent*, v. DAVID SWANK, *Appellant*.[1]

Appeal from a judgment of the superior court for King county, Albertson, J., entered July 28, 1908, upon findings in favor of the plaintiff, after a trial before the court without a jury, in an action on contract.  Affirmed.

*Walter S. Fulton*, for appellant.
*William C. Keith*, for respondent.

MORRIS, J.—In this action respondent sought to recover $428.60 on account of services performed.  Liability was denied, and a counterclaim for $407.14 pleaded in the answer, which was denied in the reply.  Trial was had before the court without a jury, and judgment rendered in favor of respondent for $285.42.

Upon this appeal the only error assigned is insufficiency of the evidence to sustain the judgment.  A reading of the evidence convinces us that the court was justified in reaching its conclusion as to the proper statement of the account between the parties, and the judgment is correct.  Affirmed.

RUDKIN, C. J., CHADWICK, FULLERTON, and GOSE, JJ., concur.

———————

[Nos. 7609, 7610, 7611, 7612.  Decided July 20, 1909.]

FLORENCE EDWALL, *Respondent*, v. MUTUAL LIFE INSURANCE
COMPANY OF NEW YORK, *Appellant*.
PHOEBE ARIS, *Respondent*, v. MUTUAL LIFE INSURANCE COMPANY OF
NEW YORK, *Appellant*.
GUSSIE HAYSTEAD, *Respondent*, v. MUTUAL LIFE INSURANCE
COMPANY OF NEW YORK, *Appellant*.
L. C. ARIS, *Respondent*, v. MUTUAL LIFE INSURANCE COMPANY OF
NEW YORK, *Appellant*.[2]

Appeals from judgments of the superior court for Spokane county, entered March 21, 1907, upon verdicts of juries rendered in favor of the plaintiffs, in actions upon policies of life insurance, after trials on the merits.  Affirmed.

*Hughes, McMicken, Dovell & Ramsey*, for appellant.
*Kenyon & Setters*, for respondents.

PER CURIAM.—In pursuance of the stipulation of the parties, filed in the above entitled actions, and on the authority of the opinion in cause No. 7608, *Aris v. Mutual Life Ins. Co.*, *ante* p. 269, 103 Pac. 50, the judgments herein are affirmed.

[1]Reported in 102 Pac. 870.
[2]Reported in 103 Pac. 52, 53.